UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ADRIAN ALBERTO GONZALEZ GONZALEZ,

    Plaintiff,

v.

Case No.: 3:26-cv-471-JEP-PDB

SECRETARY KRISIT NOEM, DIRECTOR JOSEPH B. EDLOW, ATTORNEY GENERAL PAMELA BONDI, U.S. ATTORNEY FOR THE MIDDLE DISTRICT OF FLORIDA,

    Defendants.
_____/

**ORDER OF REFERENCE**

This case is hereby referred to the assigned Magistrate Judge for case management, ruling on all non-dispositive motions, and the issuance of Report and Recommendations on any dispositive motions.

**DONE AND ORDERED** in Jacksonville, Florida this 11th day of March, 2026.

_____
JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

-2-

Copies:
Counsel of Record