United States District Court
Middle District of Florida
Jacksonville Division

**ADRIAN ALBERTO GONZALEZ GONZALEZ,**

 *Plaintiff,*

v.            **NO. 3:26-cv-471-JEP-PDB**

**SECRETARY OF THE U.S. DEPARTMENT
OF HOMELAND SECURITY ET AL.,**

 *Defendants.*

---

## Order

The court **strikes** the complaint, Doc. 1, as an improper "shotgun" pleading. *See Hunter v. Leeds, City of*, 941 F.3d 1265, 1273 n.4 (11th Cir. 2019); *Weiland v. Palm Beach Cnty. Sheriff's Off.*, 792 F.3d 1313, 1321–23 (11th Cir. 2015); *Keith v. DeKalb Cnty., Ga.*, 749 F.3d 1034, 1045 n.39 (11th Cir. 2014); *Moore v. Am. Fed'n of Television & Radio Artists*, 216 F.3d 1236, 1240 (11th Cir. 2000); *BMC Indus., Inc. v. Barth Indus., Inc.*, 160 F.3d 1322, 1326 n.6 (11th Cir. 1998).

By **April 23, 2026**, the plaintiff must file (1) an amended complaint that complies with the Federal Rules of Civil Procedure, including Rules 8, 10, and 25(d),[1] and (2) a disclosure statement using the standard form on the court's website, www.flmd.uscourts.gov, *see* Local Rule 3.03. As information, the form

---

[1]Defendants Kristi Noem and Pamela Bondi no longer hold public office. Future papers should substitute their names in accord with Rule 25(d), Federal Rules of Civil Procedure.

for disclosure statements changed effective November 1, 2025. **Future papers must comply with the typography requirements in Local Rule 1.08**.

**Ordered** in Jacksonville, Florida, on April 9, 2026.

Patricia D. Barksdale
United States Magistrate Judge