UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ADRIAN ALBERTO GONZALEZ
GONZALEZ,

      Plaintiff,

v.                                                   Case No.: 3:26-cv-471-JEP-PDB

SECRETARY DEPARTMENT OF
HOMELAND SECURITY,
DIRECTOR OF UNITED STATES
CITIZENSHIP AND
IMMIGRATION SERVICES and
ACTING ATTORNEY GENERAL,

      Defendants.
_____/

## ORDER

**THIS CAUSE** is before this Court on Plaintiff's "Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i)" (Doc. 9), dismissing this action without prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk is directed to terminate all pending motions and close this case.

-2-

**DONE** and **ORDERED** in Jacksonville, Florida on August 13, 2026.

JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record